## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Carla M. Irvin,
                 Debtor,

Select Portfolio Servicing, Inc. as servicing
agent for CSMC 2021-RPL7 Trust,
                 Movant,
vs.
Carla M. Irvin
                 Debtor / Respondent,
and
Kenneth E. West,
                 Trustee / Respondent.

Chapter 13

Case No.:  17-13636-elf

## PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY

NOW COMES, Select Portfolio Servicing, Inc. as servicing agent for CSMC 2021-RPL7 Trust, by and through the undersigned counsel, and hereby withdraws the Motion for Relief from Stay filed on December 31, 2020 (document numbers 62 & 63).  Said Motion is being withdrawn without prejudice.

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC

DATED:  November 9, 2021

     /s/Andrew M. Lubin
Andrew M. Lubin, Esquire
Attorney ID No. 54297
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Movant

224397-9

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: | Chapter 13

Carla M. Irvin,
            Debtor, | Case No.:  17-13636-elf

Select Portfolio Servicing, Inc. as servicing
agent for CSMC 2021-RPL7 Trust,
            Movant,
vs.
Carla M. Irvin

            Debtor / Respondent,
and
Kenneth E. West,

            Trustee / Respondent.

## CERTIFICATION OF SERVICE

    Andrew M. Lubin, Esquire counsel for Movant, hereby certifies that a copy of the
Praecipe to Withdraw the Motion for Relief from Stay was served upon the following persons via
electronic transmission or by regular first-class mail, postage pre-paid on November 9, 2021,
addressed as follows:

| | |
|---|---|
| KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107<br>*via electronic transmission* | HENRY ALAN JEFFERSON<br>Jefferson Law, LLC<br>1700 Market Street<br>Suite 1005<br>Philadelphia, PA 19103<br>*via electronic transmission* |
| Carla M. Irvin<br>629 Andover Drive<br>Upper Darby, PA 19082<br>*via first class mail* | |

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC

DATED:  November 9, 2021

    /s/Andrew M. Lubin
Andrew M. Lubin, Esquire
Attorney ID No. 54297
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Movant

224397-9