## 341 INFORMATION REQUEST FORM

**Bankruptcy No.:** 17-13636-elf

**Today's Date:** May 28, 2022

**Name of Debtor:** Carla Irvin

**Current Address of Debtor:** 629 Andover Drive, Upper Darby PA 19082

**Name, Address & Phone Number of Employer(s):** Unemployed and receiving SSD

**Date Employment Started:** _____

**Domestic Support Obligation(s):**

(check the statement that applies to you.)

__X__ I am not required to pay any Domestic Support Obligations, or

_____ I am required to pay Domestic Support Obligations and I have paid any amounts payable under a Court Order or Statute that were due on or before today's date - complete section below, or

_____ I am required to pay Domestic Support Obligations but I have not paid all amounts due under Court Order or Statute as of today's date - complete section below.

I make Domestic Support Payments to:
_____

Reason for Support Payments (i.e. child support, alimony)
_____

The information I have provided above is true and correct to the best of my knowledge and belief. I AUTHORIZE THE STANDING TRUSTEE TO INCLUDE MY FULL SOCIAL SECURITY NUMBER WHEN PROVIDING THE WRITTEN NOTICE REQUIRED BY 11 U.S.C. §1302((d)(1)(B)(i) TO THE STATE CHILD SUPPORT ENFORCEMENT AGENCY.

_[signature]_
**Debtor's Signature**