B283  (Form 283) (04/13)

# UNITED STATES BANKRUPTCY COURT

**EASTERN** District Of **PENNSYLVANIA**

In re **Carla M. Irvin**                         Case No. **17-13636-ELF**
Debtor

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I.* Certification Regarding Domestic Support Obligations (check no more than one)

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

**[X]** I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II.* If you checked the second box, you must provide the information below.

My current address: **629 Andover Drive Upper Darby, PA 19082**

My current employer and my employer's address: **Not Employed.  SSD Recipient**

*Part III.* Certification Regarding Section 522(q) (check no more than one)

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☐ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

**[X]** I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

*[signature]*
ID JwKThj2SbN1vGL4my8cvHHyh

*Amounts are subject to adjustment on 4/01/16, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

*Part IV. Debtor's Signature*

      I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  5/20/2022
_____         _____
Date                                                        ID JwKThj2SbN1vGL4my8cvHHyh
                                                   Debtor

## eSignature Details

**Signer ID:** **JwKThj2SbN1vGL4my8cvHHyh**
Signed by: Carla Irvin
Sent to email: carlairvin44@gmail.com
IP Address: 68.80.25.74
Signed at: May 20 2022, 10:51 am EDT