United States Bankruptcy Court
Eastern District of Pennsylvania

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 17-13636-elf
Carla M. Irvin　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　Page 1 of 3
Date Rcvd: May 23, 2022　　　　　　　　　　　Form ID: 138OBJ　　　　　　　　　　　　　Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol　　Definition**

+　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carla M. Irvin, 629 Andover Drive, Upper Darby, PA 19082-5203 |
| 13923728 | | AES/M&TASELT 2011, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14643409 | + | CSMC 2021-RPL7 Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14643591 | + | CSMC 2021-RPL7 Trust, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14289639 | + | Delaware County Tax Claim Bureau, c/o LEONARD B. ALTIERI, III, Toscani & Gillin, P.C., 230 N. Monroe Street, Media, PA 19063-2908 |
| 13923731 | + | Delaware Court House & Government Center, Office of Judicial Support, 201 West Front Street, Media, PA 19063-2760 |
| 13923738 | | Ditech Financial, LLC, Ditech Bankruptcy Department, PO Box 6154, Rapid City, SD 57709-6154 |
| 13923739 | + | Laboratory Corp of America, 358 South Main Street, Burlington, NC 27215-5837 |
| 13923740 | | NELSST/CIGPF1C, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 13983472 | | U.S. Bank, N.A. as trustee for Bear Stearns Home L, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14250356 | + | Upper Darby Township, c/o James R. Wood, Esquire, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14283743 | + | Upper Darby Township, c/o John McMullan Finance Director, 100 Garrett Road, Upper Darby, PA 19082-3135 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 23 2022 23:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 13964186 | | Email/PDF: resurgentbknotifications@resurgent.com | May 23 2022 23:57:48 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13923729 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | May 23 2022 23:47:00 | Bayview Loan Servicing, Payoff Department, 4425 Ponce De Leon, Blvd, 5th Floor, Miami, FL 33146-1873 |
| 13989175 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | May 23 2022 23:47:00 | Bayview Loan Servicing, LLC, 4425 Ponce Deleon Boulevard, 5th Floor, Coral Gables, FL 33146-1873 |
| 14645554 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 23 2022 23:47:00 | CSMC 2021-RPL7 Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 13923730 | + | Email/Text: documentfiling@lciinc.com | May 23 2022 23:47:00 | Comcast, 1701 John F Kennedy Blvd, Philadelphia, PA 19103-2899 |
| 14550927 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | May 23 2022 23:47:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 13923737 | | Email/Text: electronicbkydocs@nelnet.net | May 23 2022 23:47:00 | Department of Education/Nelnet, PO Box 2970, Omaha, NE 68103-2970 |
| 14496455 | | Email/Text: mtgbk@shellpointmtg.com | May 23 2022 23:47:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC |

Case 17-13636-elf   Doc 85   Filed 05/25/22   Entered 05/26/22 00:28:57   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 23, 2022 | Form ID: 138OBJ | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| 13990719 | Email/Text: blegal@phfa.org | | 29603-0826 | |
| | | May 23 2022 23:47:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 13989608 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | | |
| | | May 23 2022 23:57:48 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13931908 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | | | |
| | | May 23 2022 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 13923741 | Email/Text: blegal@phfa.org | | | |
| | | May 23 2022 23:47:00 | Pennsylvania Housing Finance Agency, 211 N. Front Street, Attn: Loan Servicing Division, Harrisburg, PA 17101-1406 |
| 13923742 | + Email/Text: bankruptcy@sw-credit.com | | | |
| | | May 23 2022 23:47:00 | Southwest Credit Systems, 4120 International Pkwy, #1100, Carrollton, TX 75007-1958 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13951289 | | Jefferson Law, LLC |
| 13951332 | | Jefferson Law, LLC |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13923732 | *+ | Delaware Court House & Government Center, Office of Judicial Support, 201 West Front Street, Media, PA 19063-2760 |
| 13923733 | *+ | Delaware Court House & Government Center, Office of Judicial Support, 201 West Front Street, Media, PA 19063-2760 |
| 13923734 | *+ | Delaware Court House & Government Center, Office of Judicial Support, 201 West Front Street, Media, PA 19063-2760 |
| 13923735 | *+ | Delaware Court House & Government Center, Office of Judicial Support, 201 West Front Street, Media, PA 19063-2760 |
| 13923736 | *+ | Delaware Court House & Government Center, Office of Judicial Support, 201 West Front Street, Media, PA 19063-2760 |

TOTAL: 2 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2022                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HENRY ALAN JEFFERSON | on behalf of Debtor Carla M. Irvin hjefferson@hjeffersonlawfirm.com  hjeffersonone@gmail.com;r60499@notify.bestcase.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Upper Darby Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 23, 2022 | Form ID: 138OBJ | Total Noticed: 26 |

LORRAINE GAZZARA DOYLE
    on behalf of Creditor Select Portfolio Servicing Inc. as servicing agent for CSMC 2021-RPL7 Trust ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com

LORRAINE GAZZARA DOYLE
    on behalf of Creditor Community Loan Servicing LLC fka Bayview Loan Servicing, LLC ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com

LORRAINE GAZZARA DOYLE
    on behalf of Creditor Bayview Loan Servicing LLC ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com

MATTHEW CHRISTIAN WALDT
    on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Corporation mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

MATTHEW CHRISTIAN WALDT
    on behalf of Creditor Baybiew Loan Servicing LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor CSMC 2021-RPL7 Trust bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

STEPHEN VINCENT BOTTIGLIERI
    on behalf of Creditor Delaware County Tax Claim Bureau steve@bottiglierilaw.com ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Carla M. Irvin
      Debtor(s)

Case No: 17−13636−elf
Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/23/22

84 − 75
Form 138OBJ