United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 17-13636-elf
Carla M. Irvin Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 21, 2022 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Carla M. Irvin, 629 Andover Drive, Upper Darby, PA 19082-5203 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HENRY ALAN JEFFERSON | on behalf of Debtor Carla M. Irvin hjefferson@hjeffersonlawfirm.com hjeffersonone@gmail.com;r60499@notify.bestcase.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Upper Darby Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor Bayview Loan Servicing LLC ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor Select Portfolio Servicing Inc. as servicing agent for CSMC 2021-RPL7 Trust ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 21, 2022 | Form ID: 195 | Total Noticed: 1 |

LORRAINE GAZZARA DOYLE
    on behalf of Creditor Community Loan Servicing LLC fka Bayview Loan Servicing, LLC ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com

MATTHEW CHRISTIAN WALDT
    on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Corporation mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

MATTHEW CHRISTIAN WALDT
    on behalf of Creditor Baybiew Loan Servicing LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor CSMC 2021-RPL7 Trust bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

STEPHEN VINCENT BOTTIGLIERI
    on behalf of Creditor Delaware County Tax Claim Bureau steve@bottiglierilaw.com ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: : Chapter 13

Carla M. Irvin : Case No. 17−13636−elf

    Debtor(s)

*ORDER*
_____

    AND NOW, this day , June 21st, 2022 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                By The Court

                                Eric L. Frank
                                Judge , United States Bankruptcy Court