# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Carla M. Irvin**<br>　　　　　　　　Debtor(s)<br><br>**CSMC 2021-RPL7 Trust**<br>　　　　　　　　Movant<br>　　vs.<br><br>**Carla M. Irvin**<br>　　　　　　　　Debtor(s)<br><br>**Kenneth E. West**,<br>　　　　　　　　Trustee | **BK NO. 17-13636 ELF**<br><br>**Chapter 13**<br><br>**Related to Claim No. 5-1** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on January 12, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Carla M. Irvin
629 Andover Drive
Upper Darby, PA 19082

Attorney for Debtor(s)
Henry Alan Jefferson, Jefferson Law, LLC
1700 Market Street, Suite 1005
Philadelphia, PA 19103

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: electronic means or first class mail

Dated: January 12, 2022

　　　　　　　　　　　　　　　　　　**/s/Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　215-825-6327
　　　　　　　　　　　　　　　　　　rsolarz@kmllawgroup.com